UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-60071-CR-BLOOM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLAIDER VASQUES-AGINO,

       Defendant.
_____/

## MOTION FOR DOWNWARD VARIANCE

COMES NOW, the Defendant, CLAIDER VASQUEZ-AGINO, moves this Court to grant him a variance downward from the recommended guidelines of 168 months to 220 months. The defendant is requesting a sentence of 120 months. The grounds for this motion are that Mr. Claider Vasques-Agino committed the instance offense due to his dyer economic conditions.

                                 LAW OFFICES OF VICTOR E. ROCHA, P.A.
                                 990 Biscayne Blvd, Suite O-903
                                 Miami, FL 33132
                                 Tel: (305) 774-9111
                                 Fax: (305) 514-0987
                                 Email: vicrocha@comcast.net

                                 BY: */s/ Victor E. Rocha, Esq.*
                                      VICTOR E. ROCHA
                                      Florida Bar No. 366382

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed using the CM/ECF filing system on this 31st day of July, 2017.

        Respectfully submitted,

        LAW OFFICES OF VICTOR E. ROCHA, P.A.
        990 Biscayne Blvd, Suite O-903
        Miami, FL 33132
        Tel: (305) 774-9111
        Fax: (305) 514-0987
        Email: vicrocha@comcast.net

        BY: */s/ Victor E. Rocha, Esq.*
            VICTOR E. ROCHA
            Florida Bar No. 366382